CARL M. FALLER   SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534


Attorney for Defendant Tarlochen Lasher


# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:07-CR-00264-AWI |
| Plaintiff, | |
| vs. | |
| | STIPULATION AND ORDER REGARDING OUT OF STATE TRAVEL |
| TARLOCHEN LASHER, | |
| Defendant. | |


It is hereby stipulated by the parties hereto, by and through their undersigned attorneys of record, that the above-named defendant is allowed to travel from his residence to Chicago, Illinois for the purpose of business meetings on the dates set forth below:

   Departure:  October 17, 2008

   Return:  October 20, 2008

This stipulation and proposed order is submitted with the approval of Pretrial Services Officer Jacob M. Scott.

DATED: October 7, 2008                          /s/ Carl M. Faller
                                                CARL M. FALLER
                                                Attorney for Defendant
                                                Tarlochan Lasher


                                                /s/ Sheila L. Oberto
                                                SHEILA L. OBERTO
                                                Attorney for the
                                                United States of America

## ORDER

IT IS SO ORDERED.

**Dated:   October 15, 2008**                   _____/s/ Anthony W. Ishii_____
                                                CHIEF UNITED STATES DISTRICT JUDGE