CARL M. FALLER   SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense.com

Attorney for Defendant Tarlochen Lasher

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TARLOCHEN LASHER, <br><br> Defendant. | 1:07-CR-00264-AWI <br><br> STIPULATION AND ORDER SUBORDINATING PROPERTY BOND TO REFINANCING OF EXISTING LOAN |

It is hereby stipulated by the parties hereto, by and through their undersigned attorneys of record as follows:

On or about October 17, 2007, the above-named defendant was granted pretrial release and a property bond in the amount of $500,000 was posted on property located at 2639 Oro Dam Boulevard, Oroville, CA 95963.  At that time, the court's

interest was subordinate to an existing loan in the amount of $850,000.

The owners of the property, Kulwinder S. Lally and Kuldeep K. Lally now desire to refinance the existing loan in the same amount, but on different terms.  The new loan, issued by Excell National Bank, 9701 Wilshire Blvd., Beverly Hills, will not effect the position of the government's security nor impair the equity in the property.

Therefore, it is agreed that the government's interest will be subordinated to the new loan in the same manner as with the existing indebtedness.

This stipulation is entered into with the approval of Pretrial Services Officer Jacob Scott.

DATED:  October 23, 2008 /s/  Carl M. Faller

CARL M. FALLER

Attorney for Defendant

Tarlochan Lasher


/s/  Karen A. Escobar

KAREN A. ESCOBAR

Attorney for the

United States of America

ORDER

Pursuant to the above-stipulation, it is hereby ordered that the property bond currently posted for the pretrial release of Tarlochan Lasher, on property located at 2639 Oro Dam Blvd., Oroville, CA 95963, shall be subordinated to a refinance loan in the amount of $850,000 issued by Excell National Bank, 9701 Wilshire Blvd., Beverly Hills, CA 90212.  All other current terms of the defendant's release are to remain the same.

IT IS SO ORDERED.

**Dated:    October 28, 2008**              /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE