CARL M. FALLER   SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense.com

Attorney for Defendant Tarlochen Lasher

FILED
OCT 21 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TARLOCHEN LASHER, <br><br> Defendant. | 1:07-CR-00264-AW1 <br><br> STIPULATION AND ORDER REGARDING OVERNIGHT TRAVEL |

It is hereby stipulated by the parties hereto, by and through their undersigned attorneys of record, that the above-named defendant is allowed to travel from his residence to Chicago, Illinois for the purpose of attending a family gathering, on the dates set forth below:

Departure: October 23, 2010

Return: October 26, 2010

///

///

This stipulation and proposed order is submitted with the approval of Pretrial Services Officer Jacob M. Scott.

DATED: October 15, 2010                    /s/ Carl M. Faller
                                           CARL M. FALLER
                                           Attorney for Defendant
                                           Tarlochan Lasher


                                           /s/ Karen A. Escobar
                                           KAREN A. ESCOBAR
                                           Attorney for the
                                           United States of America

ORDER:

Based on the stipulation of the parties, it is hereby ordered that the defendant herein be allowed to travel to Chicago, Illinois to attend a family gathering, departing October 23, 2010 and returning October 26, 2010.

DATED: October 20, 2010

                                           ANTHONY W. ISHII
                                           Chief United States District Judge