CARL M. FALLER   SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534

Attorney for Defendant Tarlochan Lasher

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:07-cr-00264 AWI |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION TO CONTINUE |
| | ) SENTENCING HEARING AND ORDER |
| TARLOCHAN LASHER, | ) |
| Defendant. | ) Date: December 13, 2010 |
| | ) Time: 9:00 am |
| | ) Honorable Anthony W. Ishii |

The parties hereto, by and through their attorneys of record, hereby stipulate as follows:

The sentencing hearing currently set for December 13, 2010, at 9:00 am, will be continued until January 24, 2010 at 9:00 am.  The reason for the continuance is to allow counsel for the defense conduct additional research on the overall tax loss, the defendant's responsibility for all or part of that tax loss, and the effect of those amounts on the defendant's ultimate sentence.  Therefore, it respectfully requested that the sentencing hearing be continued to the date specified above.

| | |
|---|---|
| DATED:  December 6, 2010 | Respectfully submitted, |

/s/ Carl M. Faller
CARL M. FALLER
Attorney for Defendant Tarlochan Lasher

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney
Attorney for the United States

ORDER

IT IS SO ORDERED.

Dated:   December 9, 2010                    _____
                                             CHIEF UNITED STATES DISTRICT JUDGE