CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-412-4746
carl.faller@fallerdefense,com

Attorney for Defendant
TARLOCHEN LASHER

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TARLOCHEN LASHER,<br><br>    Defendant. | Case No.: 1:07-cr-00264 AWI<br><br>STIPULATION TO EXTEND SURRENDER DATE AND ORDER |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

The defendant in this matter has been sentenced and is scheduled to self-surrender on June 23, 2011.  By this stipulation, it is requested that his surrender date be extended to August 1, 2001. The reason for the extension is that the defendant's mother has just returned from India, where she became critically ill, and is scheduled for surgery and further hospitalization in the next few days.  It is necessary that the defendant be present during the surgery, as well during the early stages of her convalescence prior to his being incarcerated.  This extension of time has been approved by the United States Attorney's Office, the United States Probation Office and Pretrial services.

///

///

Dated:  June 20, 2011                         /s/  Carl M. Faller\_\_\_\_\_
                                            CARL M. FALLER
                                            Attorney for Defendant

                                            BENJAMIN WAGNER
                                            United States Attorney

                                   By   /s/  Karen A. Escobar\_\_\_\_\_
                                            KAREN A. ESCOBAR
                                            Assistant U.S. Attorney
                                            Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the defendant's surrender date be extended until August 1, 2011, at the designated institution or the United States Marshal's Office in Fresno.

IT IS SO ORDERED.

Dated:   June 21, 2011                         _____
                                            CHIEF UNITED STATES DISTRICT JUDGE