(SPACE BELOW FOR FILING STAMP ONLY)

**CARL M. FALLER, SBN 70788**
**FALLER LAW FIRM**
P.O. BOX 912
FRESNO, CALIFORNIA 93714
PHONE (559) 226-1534
FAX (559) 412-4746

ATTORNEY FOR Defendant
TARLOCHAN LASHER

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>TARLOCHAN LASHER,<br><br>　　　Defendant. | CASE NO.: 1:07-CR-00264 AWI<br><br>REQUEST TO EXONERATE BOND WITH ORDER |

　　　Defendant, TARLOCHAN LASHER, by and through his attorney of record, Carl M. Faller, hereby requests that the following property posted as collateral in the above referenced matter be exonerated and the Deed returned.

　　　1. Kulwinder S. Lally and Kuldeep K. Lally, Deed No. 2009-0042419 – Docket #117 (filed December 21, 2009).

　　　This request is based upon the fact that the Defendant, TARLOCHAN LASHER, surrendered to the custody of the Bureau of Prisons on August 1, 2011.

　　　Respectfully submitted,

DATED:   October 2, 2012    By:   /s/ Carl M. Faller
　　　　　　　　　　　　　　　　　　CARL M. FALLER
　　　　　　　　　　　　　　　　　　Attorney for TARLOCHAN LASHER

---
1
REQUEST TO EXONERATE BOND

**ORDER**

IT IS HEREBY ORDERED that the property bonds posted in the above entitled matter be exonerated and returned to the designated parties.

IT IS SO ORDERED.

Dated:   November 14, 2012

_____
UNITED STATES DISTRICT JUDGE