UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Anthony W. Ishii
Senior United States District Judge
Fresno, California

                                              RE:    LASHER, Tarlochan Singh
                                                     Docket Number:   1:07CR00264-2
                                                     <u>REQUEST TO TRAVEL OUTSIDE
THE COUNTRY</u>

Your Honor:

The offender is requesting permission to travel to Punjab, India to attend his daughter's wedding on April 16, 2013.

**Conviction and Sentencing Date:**  On May 3, 2010, the offender appeared before Your Honor, for sentencing after pleading guilty to a violation of 18 USC 371 and 26 USC 7202, Conspiracy to Fail to Account for and Pay Over Withholding and F.I.C.A. (Social Security and Medicare) Taxes.  On July 16, 2012, supervision commenced.

**Sentence Imposed:** 12 months Bureau of Prisons; 36 months supervised release; $100.00 special assessment; $739,831.00 restitution.  Special conditions: 1)  Search; 2) No dissipation of assets; 3)  Financial disclosure; 4) Financial restrictions; 5) Drug/alcohol treatment; 6) Drug/alcohol testing; 7) Alcohol restriction; 8) Aftercare co-payment;  9) Cooperate with IRS; 10) Cooperate with ICE.

**Dates and Mode of Travel:**  The offender indicated he would be traveling by airplane, departing on or about April 1, 2013, and returning on or about April 30, 2013.

**Recommendation:** The offender's overall response to supervision could be considered satisfactory.  A recent payment inquiry report revealed the offender has paid a total of $57,685.31.00 towards his restitution, leaving a current balance of $682,145.69.00.  He satisfied the $100 special assessment on December 16, 2011.  The offender did not

**RE:   LASHER, Tarlochan Singh**
       **Docket Number:   1:07CR00264-2**
       <u>**REQUEST TO TRAVEL OUTSIDE THE**</u>
       <u>**COUNTRY**</u>

provide a payment during the month of November 2012, as he believed he was to make a payment every other month; nonetheless, he was advised payments are to be made monthly.  He has made payments during the subsequent months of December, January, and February.  On February 14, 2013, this officer initiated a credit check, which returned negative for new lines of credit being opened.

Based on the offender's level of compliance at this time, this officer would not object to the offender traveling outside the United States for the purpose stated; however, this officer respectfully defers to the Court.  If the Court is inclined to accept the offender's request, this officer has provided an approved/denied page for Your Honor's convenience.  Further, the offender has prepared a letter addressed to the Court, that bas been attached for your Honor's review.

Respectfully submitted,

/s/ Rick Tarazon

**Rick Tarazon**
**United States Probation Officer**

Dated:     February 19, 2013
           Fresno, California
           RCT

**REVIEWED BY:    /s/ Robert A. Ramirez**
                 **Robert A. Ramirez**
                 **Supervising United States Probation Officer**

cc:     Karen A. Escobar
        Assistant United States Attorney

RE: **LASHER, Tarlochan Singh**
**Docket Number:   1:07CR00264-2**
<u>**REQUEST TO TRAVEL OUTSIDE THE**</u>
<u>**COUNTRY**</u>

Carl M. Faller
Defense Counsel

_____

TRAVEL APPROVED: _____X_____         TRAVEL DENIED: _____

/s/ ANTHONY W. ISHII                                                    2/25/2013
**ANTHONY W. ISHII**                                                     DATE
United States District Judge

3

Rev. 11/2009
MEMO ~ COURT.MRG